IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**VICKIE J. SMITH**                                                                                           **PLAINTIFF**

V.                          CASE NO.: 1:13CV00094 BD

**HEALTH RESOURCES OF ARKANSAS, INC. and**
**ALTERNATIVE OPPORTUNITIES INC.**                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, judgment in the amount of $158,514.77 is hereby entered in favor of the Plaintiff Vickie J. Smith and against the Defendants Health Resources of Arkansas, Inc. and Alternative Opportunities Inc.

DATED this 8th day of December, 2015.

_____
UNITED STATES MAGISTRATE JUDGE